## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**MIRSAD HAJDAREVIC,**              :       **Civil No.  3:24-cv-00636**
                                    :
    **Plaintiff,**               :
                                    :
**v.**                              :       **(Magistrate Judge Carlson)**
                                    :
**LELAND DUDEK,**                   :
**Acting Commissioner of Social Security[1]** :
                                    :
    **Defendant.**               :

## ORDER

    **AND NOW**, this 3d day of April 2025, in accordance with the accompanying

Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the

    Commissioner of Social Security; and,

2. The Clerk of Court shall **CLOSE** this case.


                      *s/Martin C. Carlson*
                      Martin C. Carlson
                      United States Magistrate Judge

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for the previously named defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).